

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**
8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** MID-ATLANTIC MILITARY FAMILY COMMUNITIES LLC
SERVE ON RESIDENT AGENT: THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**Case Number:** C-02-CV-19-002489
**Other Reference Number(s):**

**AMANDA DILTZ VS. JANNA ASHTON, ET AL.**

Issue Date: 12/18/2019

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

AMANDA SUE DILTZ
2 SELLERS ROAD
ANNAPOLIS, MD 21402

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*
Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 06/2019)   Page 1 of 2   12/18/2019 4:25 PM

Amanda Diltz vs. Janna Ashton, et al.     Case Number: C-02-CV-19-002489

## SHERIFF'S RETURN
### Circuit Court for Anne Arundel County

Sheriff fee: _____    By: _____

Served: _____

Time: _____    Date: _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other _____

Please specify

Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____

Please specify

Sheriff fee: $ _____         _____
                                       Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).