| | |
|---|---|
| AMANDA SUE DILTZ<br>2 Sellers Road<br>Annapolis, MD 21402 | CASE NO. C-02-CV-19-002489 |
| *Plaintiff,* | |
| vs | IN THE CIRCUIT COURT |
| CHRISTOPHER R. ASHTON and<br>JANNA E. ASHTON<br>10 Sellers Road<br>Apt. D<br>Annapolis, MD 21402 | FOR<br><br>ANNE ARUNDEL COUNTY |
| and | |
| Mid-Atlantic Military Family<br>  Communities, LLC<br>349 Kinkaid Road<br>Annapolis, MD 21402 | |
| SERVE:<br>Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, De 19801 | |
| and | |
| LPC Property Management LLC<br>349 Kinkaid Road<br>Annapolis, MD 21402 | |
| SERVE:<br>Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, De 19801 | |
| *Defendants.* | |

**AMENDED COMPLAINT**

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
196 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500

E-FILED

- 2 -

Now comes Plaintiff, AMANDA SUE DILTZ, by COHEN & GREENE, P.A., her attorneys, and sues CHRISTOPHER R. ASHTON, JANNA E. ASHTON, Mid-Atlantic Military Family Communities, LLC and LPC Property Management, LLC, and for reasons states:

## COUNT I

1. Plaintiff Amanda Diltz is an adult resident of Anne Arundel County, Maryland.

2. Defendants Christopher and Janna Ashton are adult residents of Anne Arundel County, Maryland.

3. That at all times relevant hereto, Defendants Christopher and Janna Ashton were joint owners of a Rottweiler dog named Luna.

4. That at all times relevant hereto, Defendants Ashton knew or should have known that Luna possessed vicious propensities toward humans and animals.

5. That despite Defendant's knowledge of Luna's vicious propensities, on or about June 1, 2019, while on Plaintiff's premises located at 2 Sellers Road, Apt. D, Annapolis, Maryland 21402, Defendants permitted Luna to be present in an uncontrolled fashion in the presence of other humans and animals. While uncontrolled, Luna violently and viciously attacked and mauled Plaintiff causing serious personal injuries.

6. Defendants were negligent for their failure to control Luna whom they knew to possess vicious propensities and allowing Luna to be in the presence of humans and animals in an uncontrolled fashion.

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
136 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500

- 3 -

7. Defendants are strictly liable for the injury and loss caused by Luna since the dog was at large at the time of the attack as proscribed by Maryland Code, Courts and Judicial Proceedings Article, §13-1901 (c). Plaintiff was not teasing, tormenting, abusing or provoking Luna prior to the attack.

8. As a direct and proximate result of Defendants' negligence and strict liability, Plaintiff suffered severe personal injuries of both a temporary and permanent nature, suffered great bodily injury, physical deformity and mental anguish and has and will experience great expense for medical care.

9. As a direct and proximate result of Defendants' negligence and strict liability, and the aforesaid injuries and damages, Plaintiff has been and will be incapacitated and prevented from pursuing her normal occupation, business and social affairs.

**WHEREFORE**, pursuant to Maryland Rule 2-305, Plaintiff demands judgment against Defendants Ashton in an amount in **excess** of **SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS**, plus costs of suit.

### COUNT II

10. Plaintiffs reallege all factual statements in paragraphs 1 through 9, supra.

11. Defendant Mid-Atlantic Military Family Communities LLC (hereinafter "Mid-Atlantic") is a corporation organized under the laws of the State of Delaware and is the owner of an apartment complex in Annapolis, Anne Arundel County, Maryland known as Arundel Estates.

12. Defendant LPC Property Management LLC (hereinafter "LPC") is a corporation organized under the laws of the State of Delaware and is the agent of

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
158 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500

- 4 -

Defendant Mid-Atlantic to manage Arundel Estates. Negligent acts of Defendant LPC are vicariously attributed to Defendant Mid-Atlantic.

13. Defendants LPC and Mid-Atlantic required all tenants at Arundel Estates to agree to and comply with a portion of the lease titled "Cat and Dog Addendum to Lease Agreement." Pursuant to the Cat and Dog Addendum, "full or mixed breeds of pit bulls, rottweilers, canine/wolf hybrids or any canine breed with dominant traits of aggression are not permitted aboard the installation or in housing."

14. The purpose of the prohibition against pit bulls, rottweilers, etc. in the Cat and Dog Addendum was to protect all residents of Arundel Estates, including Plaintiff, from the vicious propensities of these breeds of dogs.

15. Despite the prohibitions against rottweilers in the Cat and Dog Addendum, Defendants Mid-Atlantic and LPC knew or should have known that Defendants Ashton were keeping the rottweiler referenced in Count I at their premises in Arundel Estates in violation of the lease provisions and thereby endangering all residents of Arundel Estates.

16. As a direct and proximate cause of Defendants Mid-Atlantic and LPC's acquiescence to said violation of the Cat and Dog Addendum, Defendants Ashton did maintain a dog with vicious propensities in the proximity of other tenants of Arundel Estates, including Plaintiff Diltz, and subjected Plaintiff Diltz to the attack and mauling as described in Count I.

17. As a direct and proximate result of the negligence of Defendants Mid-Atlantic and LPC, Plaintiff suffered severe personal injuries of both a

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
156 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500

- 5 -

temporary and permanent nature, suffered great bodily injury, physical deformity and mental anguish and has and will experience great expense for medical care.

18.   As a direct and proximate result of the negligence of Defendants Mid-Atlantic and LPC, Plaintiff has been and will be incapacitated and prevented from pursuing her normal occupation, business and social affairs.

**WHEREFORE**, pursuant to Maryland Rule 2-305, Plaintiff demands Judgment against Defendants Mid-Atlantic Military Family Communities LLC and LPC Property Management LLC in the amount in **excess** of **SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS**, plus costs of suit.

COHEN & GREENE, P.A.

By _____
Allen W. Cohen
156 South Street
Annapolis, Maryland 21401
(410) 268-4500
awcohen@cohenandgreene.com
CPF I.D. #7512010055
Attorneys for Plaintiff

### PRAYER FOR JURY TRIAL

Mr. Clerk:

Please note that Plaintiff prays Trial by Jury.

_____
Allen W. Cohen

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
156 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500

Certificate of Compliance with Maryland Rule 1-322.1

I, Allen W. Cohen, do hereby certify, pursuant to Maryland Rule 1-322.1, that the foregoing pleading does not include any individual's Social Security number, taxpayer identification number, or the alpha or numeric characters of a financial or medical account identifier.

_____
Allen W. Cohen

CERTIFICATE OF SERVICE

I hereby certify that on  12/13/19 , a copy of the foregoing Amended Complaint was mailed, postage prepaid, to Christopher L. Beard, Esquire, 170 West Street, Annapolis, MD 21401, attorney for Defendants Ashton.

_____
Allen W. Cohen

COHEN & GREENE, P.A.
ATTORNEYS AT LAW
158 SOUTH STREET
ANNAPOLIS, MARYLAND
(410) 268-4500