## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

|  |  |
|---|---|
| AMANDA DILTZ, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.: 02-CV-19-002489 |
| ) | |
| CHRISTOPHER A, ASHTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Clerk of Court

Circuit Court of Maryland for Anne Arundel County

PLEASE TAKE NOTICE that Defendants Mid-Atlantic Military Family Communities, LLC and LPC Property Management, LLC have this date removed the above-captioned action from the Circuit Court of Maryland for Anne Arundel County, in which it was originally filed, to the United States Court for the District of Maryland.

Attached hereto, and made a part hereof, is a copy of the Notice of Removal (without exhibits) which has been filed in the United States District Court for the District of Maryland.

Respectfully submitted,

/s/ *Ifeanyi O. Ezeigbo*
J. Christopher Nosher, Esq. (CPF#0406160002)
Ifeanyi O. Ezeigbo, Esq. (CPF#1412160248)
Bonner Kiernan Trebach & Crociata, LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: cnosher@bonnerkiernan.com
Email: iezeigbo@bonnerkiernan.com
*Counsel for Defendants Mid-Atlantic Military Family Communities, LLC and LPC Property Management, LLC*

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | |
|---|---|
| AMANDA DILTZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 02-CV-19-002489 |
| CHRISTOPHER A, ASHTON, *et al.*, | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2020, a copy of the foregoing Notice of Filing of Notice of Removal was mailed first class, postage prepaid, to:

Allen W. Cohen, Esq.
Cohen & Greene, P.A.
156 South Street
Annapolis, Maryland 21401
(410) 268-4500
awcohen@cohenandgreene.com
*Attorney for Plaintiff*

Christopher L. Beard, Esq.
170 West Street, P.O. Box 2271
Annapolis, Maryland 21401
(410) 267-0227
chris@attorneybeard.com
*Attorney for Defendants Christopher and Janna Ashton*

Respectfully submitted,

*/s/ Ifeanyi O. Ezeigbo*
J. Christopher Nosher, Esq. (CPF#0406160002)
Ifeanyi O. Ezeigbo, Esq.   (CPF#1412160248)
Bonner Kiernan Trebach & Crociata, LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: cnosher@bonnerkiernan.com
Email: iezeigbo@bonnerkiernan.com
*Counsel for Defendants Mid-Atlantic Military Family Communities, LLC and LPC Property Management, LLC*